UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA  :

    - V -  :     AFFIRMATION FOR WRIT OF
                                                                   HABEAS CORPUS AD
DIONDRE CARLISLE,  :     PROSEQUENDUM

                 Defendant.  :     14 Cr. 768

------------------------------------------------------x

STATE OF NEW YORK       )
COUNTY OF WESTCHESTER   :  ss.:
SOUTHERN DISTRICT OF NEW YORK  )

       Scott A. Hartman, being duly sworn, deposes and says that he is an Assistant United States Attorney for the United States Attorney's Office in the Southern District of New York, that one DIONDRE CARLISLE, (DOB: 10-10-1996) is now incarcerated at the Westchester County Jail, Valhalla, New York.

       WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum be issued directing the Westchester County Jail, Valhalla, New York to release the defendant into the custody of the United States Marshals for the Southern District of New York on or about Friday, February 20, 2015 at 9:15 a.m. and any other further court dates for a conference before District Judge Vincent Briccetti, and to return him to Westchester Correctional Facility only when the writ has been satisfied.

       I declare under penalty of perjury that the foregoing is true and correct.

                                               /s/ Scott Hartman
                                             SCOTT A. HARTMAN
                                             Assistant United States Attorney