```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :      SUPERSEDING INDICTMENT
            - v. -                 :
                                   :      S1 14 Cr. 768 (VB)
DIONDRE CARLISLE,                  :
     a/k/a "Slim Gz,"              :
MYKAI DAVIS,                       :
     a/k/a "Kaze,"                 :
RAKEEM FLOWERS,                    :
     a/k/a "Ra Ra,"                :
AUSTIN GREENHILL,                  :
     a/k/a "AR,"                   :
CESAR MUNGUIA,                     :
TYRONE SMITH,                      :
     a/k/a "Gudda,"                :
ISAIAH WASHINGTON,                 :
     a/k/a "Ah-ah," and            :
KEVIN WILTSHIRE,                   :
     a/k/a "Young Bundles,"        :
                                   :
            Defendants.            :
                                   :
- - - - - - - - - - - - - - - - - x
```

ORIGINAL

## BACKGROUND

1.  At all times relevant to this Superseding Indictment, DIONDRE CARLISLE, a/k/a "Slim Gz," MYKAI DAVIS, a/k/a "Kaze," RAKEEM FLOWERS, a/k/a "Ra Ra," AUSTIN GREENHILL, a/k/a "AR," CESAR MUNGUIA, TYRONE SMITH, a/k/a "Gudda," ISAIAH WASHINGTON, a/k/a "Ah-ah," and KEVIN WILTSHIRE, a/k/a "Young Bundles," the defendants, and others known and unknown, were members and associates of Cruddy 650, a criminal street gang operating principally in and around the City of Yonkers, New York.

2. Cruddy 650 was founded in or about 2013 as the result of an alliance between gang members hailing from various parts of Yonkers, including Riverdale Avenue, Woodworth Avenue, Warburton Avenue, and Cottage Place Gardens.

3. Members and associates of Cruddy 650 worked together to ensure that all members of the gang profited from the gang's illegal activities, including robberies.

4. Though it did not have a rigid hierarchy, at times relevant to this Superseding Indictment, Cruddy 650 was led by, among others, MYKAI DAVIS, a/k/a "Kaze," one of the founding members of the gang.

5. Cruddy 650 members explicitly acknowledge their group affiliation by, among other things, creating and placing on social media sites such as Facebook and YouTube photographs and rap videos that celebrate their gang and its illegal activities.

### COUNT ONE
(Hobbs Act Robbery Conspiracy)

The Grand Jury charges:

6. In or about 2014, in the Southern District of New York, DIONDRE CARLISLE, a/k/a "Slim Gz," MYKAI DAVIS, a/k/a "Kaze," RAKEEM FLOWERS, a/k/a "Ra Ra," AUSTIN GREENHILL, a/k/a "AR," CESAR MUNGUIA, ISAIAH WASHINGTON, a/k/a "Ah-ah," and KEVIN WILTSHIRE, a/k/a "Young Bundles," the defendants, and others known and unknown, willfully and knowingly did combine,

conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, CARLISLE, DAVIS, FLOWERS, GREENHILL, MUNGUIA, WASHINGTON, WILTSHIRE, and others known and unknown, agreed to rob businesses in Yonkers, New York, that transacted in interstate commerce.

## OVERT ACTS

7. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

    a. In or about the summer of 2014, DIONDRE CARLISLE, a/k/a "Slim Gz," the defendant, and others, robbed a marijuana dealer at gunpoint in Yonkers, New York.

    b. In or about September 2014, RAKEEM FLOWERS, a/k/a "Ra Ra," and KEVIN WILTSHIRE, a/k/a "Young Bundles," the defendants, and others, attempted to rob at gunpoint a marijuana dealer in the vicinity of Beech Street in Yonkers, New York.

    c. On or about October 10, 2014, MYKAI DAVIS, a/k/a "Kaze," the defendant, and others, participated in a robbery at

robbery at a delicatessen located at 76 Ravine Avenue in Yonkers, New York.

  i. On or about October 25, 2014, MYKAI DAVIS, a/k/a "Kaze," and KEVIN WILTSHIRE, a/k/a "Young Bundles," the defendants, and others, participated in a gunpoint robbery at a delicatessen located at 51 Garfield Street in Yonkers, New York.

  j. On or about October 27, 2014, DIONDRE CARLISLE, a/k/a "Slim Gz," ISAIAH WASHINGTON, a/k/a "Ah-ah," and KEVIN WILTSHIRE, a/k/a "Young Bundles," the defendants, and others, participated in a robbery at a branch of Citibank located at 86 Main Street in Yonkers, New York.

  k. On or about November 3, 2014, DIONDRE CARLISLE, a/k/a "Slim Gz," and others, attempted to rob an employee of a branch of Chase Bank located at 47 South Broadway in Yonkers, New York.

  (Title 18, United States Code, Section 1951.)

## COUNT TWO
(Firearms Offense)

The Grand Jury further charges:

8. In or about 2014, in the Southern District of New York, DIONDRE CARLISLE, a/k/a "Slim Gz," MYKAI DAVIS, a/k/a "Kaze," RAKEEM FLOWERS, a/k/a "Ra Ra," AUSTIN GREENHILL, a/k/a "AR," CESAR MUNGUIA, and KEVIN WILTSHIRE, a/k/a "Young Bundles," the defendants, during and in relation to a crime of violence

## COUNT FOUR
(Attempted Bank Robbery)

The Grand Jury further charges:

10. On or about November 3, 2014, in the Southern District of New York, DIONDRE CARLISLE, a/k/a "Slim Gz," the defendant, by force and violence, and by intimidation, did knowingly and willfully attempt to take from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and did aid and abet the same, to wit, CARLISLE planned the robbery of a Chase Bank branch located at 47 South Broadway in Yonkers, New York, and took substantial steps towards carrying out that robbery.

(Title 18, United States Code, Sections 2113(a) and 2.)

## COUNT FIVE
(Witness Tampering)

The Grand Jury further charges:

11. On or about November 4, 2014, in the Southern District of New York, RAKEEM FLOWERS, a/k/a "Ra Ra," and TYRONE SMITH, a/k/a "Gudda," the defendants, did knowingly attempt to engage in conduct, which would have caused bodily injury to a person, and did threaten to do so, with the intent to retaliate against that person for information given by that person to a law enforcement officer relating to the commission of a Federal

7

offense, namely the attempted bank robbery charged in Count Four of this Superseding Indictment, and did aid and abet the same.

(Title 18, United States Code, Sections 1513(b)(2) and 2.)

### FORFEITURE ALLEGATION AS TO COUNT ONE

12. As the result of committing the offense charged in Count One of this Superseding Indictment, in violation of Title 18, United States Code, Section 1951, DIONDRE CARLISLE, a/k/a "Slim Gz," MYKAI DAVIS, a/k/a "Kaze," RAKEEM FLOWERS, a/k/a "Ra Ra," AUSTIN GREENHILL, a/k/a "AR," CESAR MUNGUIA, ISAIAH WASHINGTON, a/k/a "Ah-ah," and KEVIN WILTSHIRE, a/k/a "Young Bundles," the defendants, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(1)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense alleged in Count One of this Superseding Indictment, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense.

#### Substitute Assets Provision

13. If any of the property described above as subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 931, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461, to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

(Title 18, United States Code, Sections 981 and 1951; Title 28, United States Code, Section 2461; and Title 21, United States Code, Sections 841(a)(1) and 853.)

_____  
Foreperson

_____  
PREET BHARARA  
United States Attorney

Case 7:14-cr-00768-VB   Document 23   Filed 02/19/15   Page 8 of 8