AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| U.S. *Plaintiff* v. Carlisle, et al. *Defendant* | Case No. 14 CR 00768 (VB) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Court-appointed defense counsel, as Coordinating Discovery Attorney

Date: 03/23/2015

*Attorney's signature*

Emma M. Greenwood/EG3434
*Printed name and bar number*

299 Broadway, Suite 802
New York, NY 10007

*Address*

emma@emgesq.com
*E-mail address*

(212) 227-5906
*Telephone number*

(212) 227-5907
*FAX number*