# KELLEY J. SHARKEY

Attorney at Law



26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel:  (718) 858-8843
Fax: (718) 875-0053

May 20, 2013

Honorable Vincent Briscetti
300 Quarropas Street
White Plains, N.Y. 10601

Re: United States v. Diondre Carlisle
    14-768

Dear Judge Briscetti:

    I am currently engaged before the Honorable Kiyo Matsumoto in the matter of U.S. v. Michael Garrett, 13 Cr. 149. Co counsel Larry Sheehan has agreed to represent Mr. Carlisle at tomorrow's proceeding. I have spoken to Mr. Carlisle and he does not object to tomorrow's substitution. Thank you and I apologize for any inconvenience.

                                          Kelley J. Sharkey
                                          Attorney for Diondre Carlisle

