UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
        -against-                   :
                                    :     14 CR 768 (VB)
DIONDRE CARLISLE,                   :
                Defendant.          :
----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/16

ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated October 5, 2016, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: October 7, 2016
       White Plains, NY

                              SO ORDERED,

                              _____
                              Vincent L. Briccetti
                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | REPORT AND RECOMMENDATION |
| Plaintiff, | : | |
| –v– | : | 14 Cr. 768 (VB)(LMS) |
| DIONDRE CARLISLE, | : | |
| Defendant(s) | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



TO: The Honorable Vincent Briccetti, United States District Judge:

This written Report and Recommendation is respectfully submitted to report that on June 27, 2016, the above-noted defendant entered a guilty plea in this matter, as set forth in the transcript of the plea proceeding, which is transmitted with this written Report and Recommendation. In accordance with my oral Report and Recommendation at the close of the plea proceeding, I respectfully report that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure, and I further recommend that Your Honor adjudge the defendant guilty of the offense(s) to which a guilty plea was offered.

Dated: October 5, 2016
White Plains, New York

Respectfully submitted,

Lisa Margaret Smith
United States Magistrate Judge