UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Diondre Carlisle,

                Defendant.

No. 0208 7:14CR00768-01 (VLB)

ORDER

The Court orders **DIONDRE CARLISLE** *to reside at the **RESIDENTIAL ReENTRY CENTER (RRC), for a period of SIX (6) MONTHS and abide by all the rules and regulations set forth by the facility. Contribution toward the cost of subsistence is waived.*

SO ORDERED.

Dated: 1/20/2023
White Plains,
New York

_____
Honorable Vincent L. Briccetti
U.S. District Judge