UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :     **ORDER**
v.                                 :
                                   :     S7 14 CR 768-01 (VB)
DIONDRE CARLISLE,                  :
                    Defendant.     :
--------------------------------------------------------------x

      The Court has been advised by Probation Officer Black that defendant Carlisle has recently been removed from the Residential Reentry Center and has allegedly committed additional violations of the conditions of supervised release. **Accordingly, a status conference is scheduled for June 28, 2023, at 9:30 a.m., in Courtroom 620 at the White Plains Courthouse.** All counsel, the Probation Officer, and defendant Carlisle are directed to attend in person.

Dated: June 1, 2023
      White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge

1