UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,  :
                                                :  **ORDER**

v.  :
                                                :  14 CR 768-01 (VB)

DIONDRE CARLISLE,  :
                   Defendant.  :
------------------------------------------------------x

       Today, the Court conducted a status conference in the pending violation of supervised release matter, attended by all counsel, the defendant, and Probation Officer Alicia A. Black. For the reasons set forth on the record, and upon the consent of defendant and his attorney Kelley J. Sharkey, Esq., it is hereby ORDERED:

1. Defendant shall participate in an inpatient drug and mental health treatment program approved by the U.S. Probation Office, which program may include testing to determine whether he has reverted to using drugs or alcohol. The defendant shall continue to take any prescribed medications unless otherwise instructed by his health care provider. The Court authorizes the release of available drug treatment evaluations and reports, and psychological and psychiatric evaluations and reports, including the presentence investigation report, to the treatment provider. Defendant shall remain in inpatient treatment until the treatment provider has determined that it is appropriate for defendant to leave the program.

2. Until defendant is admitted into the inpatient program, he shall be subject to location monitoring (GPS monitoring technology to be determined at the discretion of the Probation Office), under the supervision of the Probation Office.

3. To facilitate communication with the Probation Office, defendant shall make his best efforts, with the assistance of the Probation Office, to obtain a cellphone. Until defendant obtains a cellphone, or if his cellphone becomes inoperable, he must personally report to the Probation Office at the U.S. Courthouse, 500 Pearl Street, New York, NY 10007, every Wednesday before 3:30 p.m.

4. The next conference in this case is scheduled for September 27, 2023, at 11:45 a.m., to be held in Courtroom 620 at the federal courthouse in White Plains. This conference will be cancelled if defendant is admitted into an inpatient treatment program before then.

Dated: August 15, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge